UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.G.B.,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>                                    Respondents. | Case No.: 3:25-cv-03089-CAB-MSB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[Doc. No. 1]** |

Petitioner Ernesto Gomez Barinaga ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] On December 9, 2025, the Court held a hearing on the Petition.

For the reasons expressed at the hearing, the Court **GRANTS** the Petition and **ORDERS** Petitioner's release. Respondents are **PROHIBITED** from re-detaining Petitioner without notice and an opportunity to be heard.

The Clerk of Court shall close the case.

It is **SO ORDERED.**

Dated: December 9, 2025

Hon. Cathy Ann Bencivengo
United States District Judge

1

25-cv-03089-CAB-MSB